

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2019

No. 04-19-00343-CV

Brittany **RETLEDGE** and Arnold Lamotte, Jr.,
Appellants

v.

Misty **SANTANA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04147
Honorable J Frank Davis, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. The appellants' brief is due on or before November 22, 2019. No further extensions.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk